No. D–2205. IN RE DISBARMENT OF FREDENBERGER. William Erwin Fredenberger, Jr., of Stafford, Va., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on October 30, 2000 [*ante*, p. 954], is discharged.

No. D–2210. IN RE DISBARMENT OF SIMMONS. Disbarment entered. [For earlier order herein, see *ante*, p. 977.]

No. D–2231. IN RE DISBARMENT OF McFLYNN. Timothy B. McFlynn, of Aspen, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 00–6374. BECKER v. MONTGOMERY, ATTORNEY GENERAL OF OHIO, ET AL. C. A. 6th Cir. [Certiorari granted, *ante*, p. 1069.] The order granting the petition for writ of certiorari is amended to read as follows: Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "When a party files a timely notice of appeal in district court, does the failure to sign the notice of appeal require the court of appeals to dismiss the appeal?" Stewart A. Baker, Esq., of Washington, D. C., is invited to brief and argue this case as *amicus curiae* in support of the judgment below.

No. 00–6419. WHITEHEAD v. PARAMOUNT PICTURES CORP. ET AL. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1033] denied.

No. 00–6507. LECHE v. TANOU, CHAIRMAN, FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 6, 2001, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.